No. 87–1279.   MORRISON, INDEPENDENT COUNSEL v. OLSON ET AL.   C. A. D. C. Cir.   [Probable jurisdiction noted, 484 U. S. 1058.]   Motion of Lawrence E. Walsh, Independent Counsel, for leave to participate in oral argument as *amicus curiae*, for divided

argument, and for additional time for oral argument denied. Motion of Michael K. Deaver for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied. Joint motion for additional time for oral argument, for divided argument, and for *amici curiae* to participate in oral argument granted in part and denied in part. An additional 30 minutes is allotted for oral argument to be divided as follows: appellant, 30 minutes; the United States Senate as *amicus curiae*, 15 minutes; one counsel for appellees, 30 minutes; and the Solicitor General as *amicus curiae*, 15 minutes. JUSTICE KENNEDY took no part in the consideration or decision of these motions.